No. 04–6290. LEVY *v.* FAIRFAX COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order

denying leave to proceed *in forma pauperis* [*ante,* p. 985] denied.